**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed November 14, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00686-CR

---

### IN RE DARRELL WILLIAMS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1491754**

---

### MEMORANDUM MAJORITY OPINION

On September 17, 2024, relator Darrell Williams filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52.

Relator's petition does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See* Tex. R. App. P. 52.1, 52.3(j), (k)(1)(A), 52.7(a)(1). Among other defects, the petition is not certified. *See* Tex. R. App. P.

52.3(j).  Further, relator has not supported his petition by a record or appendix.  *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a)(1).  Additionally, relator did not include with his petition "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained."  Tex. R. App. P. 52.7(a)(2).  Thus, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief.  *See In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511, at *1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem. op.) (denying mandamus relief based on relator's failure to comply with Texas Rules of Appellate Procedure).

Accordingly, we deny relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain (Spain, J., dissenting).

Do Not Publish — Tex. R. App. P. 47.2(b).